■ JACOB W. FRIEDMAN, Respondent, v. EASTWOOD STOCK FARMS, INC., et al., Appellants.— Motion by appellants for leave to appeal to the Court of Appeals denied. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ (A) RITA GREENBERG, Appellant, v. SIDNEY HENSCHEL, Respondent. (B) In the Matter of the Estate of ANGELINA COSCIA, Deceased. DOMINICK COSCIA, Respondent; CONSTANTINE COSCIA et al., Appellants. (C) In the Matter of SHEILA KANDELL, Respondent, v. PAUL KANDELL, Appellant. (D) RAYMOND MOSHER et al., Appellants, v. ROWLAND DISTRIBUTORS, INC., Respondent. (E) ROSE L. POMERANTZ, as Administratrix of the Estate of NATHAN J. POMERANTZ, Deceased, Respondent, v. JOHN J. TULLMAN, Appellant.— [In each action] Motion by respondent to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the February Term, beginning January 29, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before January 5, 1962. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ HAROLD HELLER, Appellant, v. INTERBORO REALTY Co. et al., Respondents.— Motion by appellant for a stay, pending appeal, denied. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ VICTOR J. HILSENRATH, Appellant, v. SYLVIA J. HILSENRATH, Respondent.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on respondent. Appellant's time to perfect the appeal is enlarged to the March Term, beginning February 26, 1962; appeal ordered on the calendar for said term. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ In the Matter of the Estate of WILLIAM RHODES DAVIS, Deceased. GIOVANNI ANTONELLI, Appellant; JAMES L. KAUFFMAN, as Executor and Trustee, et al., Respondents.— Motion by respondents James Lee Kauffman and Marjanna Davis Bogan to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the March Term, beginning February 26, 1962; appeal ordered on the calendar for said term. The record and appellants brief must be served and filed on or before January 26, 1962. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ In the Matter of INNES & GAENZLER et al., Respondents, v. VILLAGE ASSESSOR OF THE INCORPORATED VILLAGE OF HEMPSTEAD et al., Appellants. In the Matter of IRVING PINSKER et al., Respondents, v. WILLIAM O. GULDE et al., Appellants. In the Matter of FRANKLIN SHOPS, INC., et al., Respondents, v. VILLAGE ASSESSOR OF THE INCORPORATED VILLAGE OF HEMPSTEAD, Appellants.— Motion by petitioners-respondents to dismiss appeal denied, on condition that appellants perfect the appeal and be ready to argue or submit it at the March Term, beginning February 26, 1962; appeal ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before January 26, 1962. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ In the Matter of HOTEL ST. GEORGE CORPORATION, Respondent. FRANK FOX et al., Appellants.— Motion by two bondholder appellants to dispense with printing of testimony and certain other papers. Motion granted. Appellants may dispense with the printing of the testimony and all papers other than those set forth in their moving affidavit, with leave to all parties, in accordance with the stipulation of the parties, dated November 16, 1961, to include as an appendix in their briefs any portion of the record which is not printed. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.